**INCORRECT ENTRY – IMAGE DELETED**